IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BEST FLOW LINE EQUIPMENT, LP, § § *Plaintiff*, § § vs. § § CANARY WELLHEAD EQUIPMENT, § INC.; CANARY DRILLING SERVICES, § LLC; and CANARY, LLC, § § *Defendants.* § | CIVIL ACTION NO. 4:15-cv-2358 |

## **INDEX OF MATTERS FILED**

DEFENDANTS, Canary Wellhead Equipment, Inc., Canary Drilling Services, LLC, and Canary, LLC, by and through their undersigned attorney, file the following documents in conjunction with their Notice of Removal of Action under 28 U.S.C. § 1441(a):

1. Ex. A, Plaintiff's Original Petition and Request for Disclosure

2. Ex. B, District Court of Harris County, Texas Civil Case Information Sheet

3. Ex. C, Docket Sheet for Case Number 201541674 in the 157th District Court of Harris County, Texas

4. Ex. D, Plaintiff's Amended and Restated Certificate of Formation

5. Ex. E, Eagleton's Articles of Amendment to the Articles of Incorporation

6. Ex. F, Nevada Secretary of State Business Entity Information for Canary

7. List of All Counsel of Record

Respectfully submitted,

LAMBOURN LAW FIRM, PLLC

*/s/ Robin R. Lambourn*
_____

Robin R. Lambourn
Texas Bar No. 24055814
S.D. Tex. Bar No. 685353
LAMBOURN LAW FIRM, PLLC
P.O. Box 9123
Denver, Colorado 80209
Telephone: (720) 507-1590
Facsimile: (720) 634-1050
E-Mail: rlambourn@lambournlaw.com

ATTORNEY-IN-CHARGE FOR DEFENDANTS

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing INDEX OF MATTERS FILED has been served via facsimile on the following counsel of record for Plaintiff in Case Number 201541674 in the 157th District Court of Harris County, Texas, on this 14th day of August, 2015:

Carey Scott Davis
Dennis A. McQueen
Pagel, Davis & Hill, PC
1415 Louisiana, 22nd Floor
Houston, Texas 77002
Facsimile: (713) 951-0662

*/s/ Robin R. Lambourn*
_____

Robin R. Lambourn